GEORGE M. LAMONTE, as commissioner, &c., appellant,

*v.*

EDWARD D. DUNN, respondent.

[Decided October 18th, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p.* 229.

*Mr. Roger Hinds,* for the appellant.

*Messrs. Collins & Corbin,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.